# UNITED STATES DISTRICT COURT
for the

District of

Division

| | |
|---|---|
| Ernest A. Swinson <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br> IUE-CWA Local 86821 & Hubbell Inc. <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)*  X Yes   No |

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint
#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ernest A. Swinson |
| Street Address | 3545 County Rod 2410 |
| City and County | Armstrong (Boone) |
| State and Zip Code | Missouri 65230 |
| Telephone Number | 660-269-6223 |
| E-mail Address | 1mreaswinson@gmail.com |

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | IUE-CWA Local 86821 |
| Job or Title *(if known)* | Union |
| Street Address | 704 N. Allen St. P.O. Box 105 |
| City and County | Centralia (Boone) |
| State and Zip Code | Missouri 65240 |
| Telephone Number | 660-651-2339 |
| E-mail Address *(if known)* | i |

Defendant No. 2

| | |
|---|---|
| Name | Jessie Montgomery |
| Job or Title *(if known)* | IUE-CWA Local 86821 President/Safety Rep |
| Street Address | 19951 Jay Jay |
| City and County | Centralia (Boone) |
| State and Zip Code | Missouri 65240 |
| Telephone Number | 573-268-6195 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Hubbell Power Systems |
| Job or Title *(if known)* | Sr. HR Rep. |
| Street Address | 210 N. Allen St. |
| City and County | Centralia (Boone) |
| State and Zip Code | Missouri 65240 |
| Telephone Number | 573-682-5531 |
| E-mail Address *(if known)* | crogers@hubbell.com |

Defendant No. 4

| | |
|---|---|
| Name | Laura Hagan |
| Job or Title *(if known)* | Assistant to the President |
| Street Address | 2701 Dryden Rd. |
| City and County | Dayton (Montgomery) |
| State and Zip Code | Ohio 45439 |
| Telephone Number | 937-768-8208 |
| E-mail Address *(if known)* | lhagan@iue-cwa.org |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, *(name)* __Ernest A. Swinson__, is a citizen of the State of *(name)* __Missouri__.

2. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation
   The defendant, *(name)* __IUE-CWA__ is unincorporated Association under the laws of the State of *(name)* __Missouri__, and has its principal place of business in the State of *(name)* __Missouri__. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy the amount the plaintiff claims the defendant owes or the amount at stake is more than $75,000, not counting interest and costs of court, because *(explain)*:

   3.5 million USD (2,100,000.00 USD. for Irreparable harm from unwanted sexual contact, 868, 210.00 USD. for causing company to discriminate and breach of contract. Union Black Lives Matter shirt, and Reimbursement of dues and benefit payments for breach of contract.

Page of 6

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(dates)* 10/9/20, 12/8/20, &9/13/21 , at *(place)* Hubbell Power Systems 210 N. Allen St. Centralia, MO. ,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)* *On 12/08/20 Jessie M. Montgomery subjected Ernest A. Swinson to unwanted sexual contact. Hubbell Power Systems acted in noncompliance to its policies. On 10/09/20, the IUE-CWA Local 86821 did not file any Unfair Labor Practices charges with the NLRB against Hubbell Power Systems for restraining and interfering with protected union activities. Plaintiff wore a union, non-personal shirt, to Hubbell Power Systems, and the Plant Manager Ed Gee escorted him off the work floor into his office and told Plaintiff that, "he could not be parading around in that shirt" and "asked him to change shirts". The shirt caused the company to discriminate stated that, "The IUE-CWA Supports Black Lives Matters."*

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

*Union and Company Breach of Fiducial Care led to hostile workplace environment., harassment and wrongful termination Dress code policy should have been enforced in April 2020 when Union and Company became aware of the COVID-19 matter. It also could have been enforced by Labor Relations Manager Jamie Haines in June 2020, after meeting with Plaintiff, but instead, she then informed employee, Mike Butyenik, that Plaintiff reported his Confederate flag covid mask as offensive. This was a Breach of Confidentiality by Hubbell Incorporated, that adversely effected Plaintiff employment and membership with the union, creating a hostile workplace environment for Plaintiff. Hubbell Inc. still did not conceive the notion, in April nor June, to enforce or update dress code policy with evidence of multiple employees wearing Confederate flags, Blue Lives Matters, among other covid related PERSONAL PROCTECTIVE EQUIPMENT.*

*In retaliation to reporting the complaint and allowance of such offensive, racial and derogatory personal covid mask to both Hubbell Power Systems and Union, union members started reporting Plaintiffs' Facebook activity as "Sexist" in an attempt to remove him from his IUE-CWA Diversity Ambassador position, which is a unenumerated appointed union position fostered with the task of Minority Leadership Roles, mobilizing employees and protecting and protecting employee's health and safety.*

*Hubbell Power System's Sr. HR Rep. Kristen Thomure also did not conceive the notion to update and enforce dress code policy, after her meeting on September 24th, 2020, with Plaintiff continuing to address the company's allowance of such offensive, racial, and derogatory personal covid mask. Yet on October 9th, Plaintiff wore a union shirt to Hubbell Power Systems, which stated that, "The IUE-CWA Supports Black Lives Matters" and Plant Manager Ed Gee, with full knowledge of Plaintiffs' union activities, escorted Mr. Swinson from his workstation into his office. (restraining him) Ed Gee then informed Plaintiff that he could not be parading around in that shirt, and asked if he had another shirt to wear. (interfered with protected activities/overt discrimination) Ed Gee also stated that he contacted Jessie Montgomery, who under union bylaws and NLRB Act should have file unfair labor practice against company for its overt racial discrimination and unfair labor practices in violation of the ACT (NLRB). (No NLRB charge has been submitted by the IUE-CWA Local 86821 in regard to its political and social agenda being interfered with by Hubbell incorporated)*

*Only after the unfair labor practices on October 9th, 2020, and complaints made by Plaintiff on October 11th, 2020, about October 9th, 2020, to Jessie M. Montgomery and Kristen Thomure, did the company miraculously conceived the notion to update and enforce dress code policy October 16th, 2020.Hubbell claims that this updated policy has nothing to do with Plaintiff or his Diversity Position. In the memo by Kristen Thomure, she states that, "This is not intended to silence any one opinion. Rather, it is intended to keep our facilities free from discord." knowing that Plaintiff was the only one person in the facility with the shirt and sole IUE-CWA Local 86821 Diversity Ambassador which caused discord seeking inclusion amongst a lack of diversity.*

Page of 6

*On December 8th, 2020, Jessie M. Montgomery, subjected Ernest A. Swinson to unwanted sexual contact (grabbing his butt "goosing" at the company's location of 210 N. Allen St. Centralia, Mo. 65240, in Hubbell Power System's Welding Department. Then immediately after filing complaint of sexual harassment against IUE-CWA Local 86821 President Jessie M. Montgomery, Plaintiff was demoted from his IUE-CWA Diversity Ambassador position in retaliation.*

*Laura Hagan takes full responsibility for this action, but claims Plaintiff sexist post is the reason, recycling June Facebook post, which existed since 2018 with no complaints, until after Plaintiff brought complaints of racial insensitivity amongst the union and company in June 2020. The IUE-CWA then searched for a December post to negate retaliation. As of Feb 2021, the IUE-CWA had not specified the exact December date to confirm the lack of retaliation. The December 13th evidence came about after Plaintiff conferred with his IUE-CWA Rep. Lance Bergmann, who acted as a double agent for Hubbell Inc. Lance Bergmann sighed a Confidentiality Agreement with Hubbell while representing Plaintiff.*

*Hubbell disciplinary action was a paid Administrative 3-day suspension, per testimony of defendant and legal counsel in Feb. 2021, and complaint was unfounded.*

*Hubbell Incorporated work policy states that Jessie Montgomery's extremely forbidden actions should have resulted in immediate termination, especially since he confessed per material written position statement given to the EEOC.*

*The IUE-CWA refused to file a grievance on any matter, denying multiple requests, claiming that the Plaintiff had no merit to his claim against Jessie M. Montgomery, notwithstanding the fact that Mr. Montgomery confessed to subjecting Plaintiff to unwanted sexual contact. (Goosing)*

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Reimbursement of dues and benefit payments for breach of contract.

868, 210.00 USD. for causing company to discriminate and breach of contract. Union Black Lives Matter shirt

2,100,000.00 USD. for Irreparable harm from unwanted sexual contact.

Decertification of Centralia, Missouri IUE-CWA Local 86821 for Breach of Contract

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/7/2023

Signature of Plaintiff
Printed Name of Plaintiff    Ernest A. Swinson

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address