# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| ERNEST A. SWINSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 23-4230-CV-W-BCW |
| IUE-CWA LOCAL 86821, | ) |
| Defendant. | ) |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

Defendant IUE-CWA 86821's Motion for Summary Judgment. (Doc. #70) is GRANTED.

| | |
|---|---|
| September 2, 2025 | Paige Wymore-Wynn |
| Date | Clerk of Court |
| | /s/ Tracy L. Diefenbach |
| | (by) Deputy Clerk |